JAMES E. HEFFERNAN, Respondent, v. GENERAL BRONZE CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN TODAK, Appellant, v. WILLIAM HUNT, as Warden of Attica Prison, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

ANTHONY LABIEKO, Appellant, v. AMERICAN PIANO COMPANY and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied upon the ground that leave to appeal is unnecessary. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ALICE C. RANDALL, Appellant, v. JOHN A. RANDALL, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Rehabilitate the TITLE AND MORTGAGE GUARANTEE COMPANY OF BUFFALO. Series "D" Reorganization. — Motion to stay the proposed distribution of a three per cent dividend to certificate holders is denied and further distribution is restrained until final determination of this appeal, without costs.